ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONSUELO JORDAN )
2227 1ST Street, N.W. )
Washington, D.C. 20001 )
 )
    Plaintiff, )
 )
    v. )  CASE NUMBER  1:05CV01706
 )
PRETRIAL SERVICES AGENCY )  JUDGE: Ricardo M. Urbina
DEMOND TIGGS )
633 Indiana Avenue, N.W. )  DECK TYPE: Employment Discrimination
Washington, D.C. 20001 )
 )  DATE STAMP: 08/26/2005
    Defendant. )
 )

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. In support of that notice, the Attorney General states as follows:

1. Demond Tiggs is the defendant in the civil action now pending in the Superior Court of the District of Columbia, Civil Action No. 05-0006341, entitled Consuelo Jordan v. Demond Tiggs.

2. The above entitled action was filed on August 9, 2005 and there is an Initial Conference scheduled for September 2, 2005. A copy of the complaint is attached hereto.

3. Plaintiff's complaint alleges a cause of action against an official of the United States government for which the District Court has original jurisdiction. Accordingly, 28 U.S.C. §§ 1441 and 1442(a) provides bases for removal of this action.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442 (a)(1), and 1446.

August 26, 2005

Respectfully Submitted,

_Kenneth L. Wainstein_ /duh
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_R. Craig Lawrence_
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_Beverly M. Russell_
BEVERLY M. RUSSELL, D.C. BAR # 454357
Assistant United States Attorney
555 4th Street, N.W., Room E4915
Washington, D.C. 20530
(202) 307-0492

-2-