SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RECEIVED
CIVIL CLERK'S OFFICE
AUG 10 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Consuelo Jordan
2227 15th St. NW
WDC 20001

*Plaintiff*

vs.

05-0006341

CIVIL ACTION No. __________

Pretrial Services Agency
Demond Tiss (Paul Quander Director)
633 Indiana Ave
NW WDC 20001

*Defendants*

Served to:
Tracy Vanhoorse
500 Indiana Ave NW
WDC 20001 (C-level)

(Pretrial Services Agency) Paul Quander
633 Indiana Ave
NW WDC 20001

COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

I was employed as a Drug Surveillance and Pretrial Officer at CSOSA with (Paul Quander); I will be suing for lying on my position/ retaliation/ tuition/ back pay/ assault for having government time and leave and Robin and my government time being cut across/ disrespect and because of having a job/residing here in the District etc.......

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ Back Pay/ retaliation, for assault with interest and costs.

(202) 232-5064
Phone:

DISTRICT OF COLUMBIA, ss

Consuelo Jordan, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

__________
(Plaintiff Agent)

Subscribed and sworn to before me this 9/12 day of ______ 19 2005.

__________
(Notary Public/Deputy Clerk)

**NOTE'S -K.C LEWIS ELEMENTARY SCHOOL AND COURT SERVICES**

*I would be requesting a hearing and my job back including government time and accrued leave with government... I worked and almost continually attended school to further my aspirations with Justice, beginning with an A.A.S. degree for Legal Assistant from the University of the District of Columbia (Y1997). I then went on to achieve a B.A. degree in Administration of Justice (Y2000). Moreover, I pursued Trinity College's Program (Y2000) for Graduate School with a M.A. degree in Community Counseling....ETC. (I paid Attorney fees of $ 6, 0000) Mr. Demon Tiggs, Team Leader for this particular agency, switched the information around and placed my name with the wrong cases; I strongly believe this action was a deliberate one. As a result, the Court Services and Offender Supervision Agency assumed biases among African-Americans with regards to the latter seeking employment. I will be suing for racism and slandering.... etc.*

*I was employed as a Drug Surveillance Technician and Pretrial Services Officer at the Court Services and Offender Supervision Agency (Mr. Paul Quander, Director). Unfortunately, unfair occurrences on the job made me consider resignation; yet, before I officially could do such, I was "forced to get another position because the team lead was jealous of CSOSA" as Pretrial Services Officer and Drug Surveillance Technician at Court Services and Offender Supervision Agency. The District Court knew that my attorney filed an appeal with the EEOC office for a hearing with Federal Operations for re-employment. I retained attorney Karl W. Carl, Jr. to represent me during the District Court hearing for employment, where I was to be issued a hearing/letter for attorney fees and Agency investigation by the District Courts.*

I would like to sue for residing here in the District. As I stated in my transcript at CSOSA I was blocked in a cubicle during a time of facing agency training and an assault and for having a book, which was being throwing in my direction/at me. In the area of my job were cursing and fusing and name calling and speaking against me took place as well as telling me to leave...which is an attack and assault on my government time. However for me to be sitting in a close space area with something being throwing in my direction is an attack on my life and by being surrounded around hatred and jealousy of them talking about CSOSA, which appears to be retaliation and an attack, and for me having government time already. Robin Gant was given a GS-12 for recognition from me already having "Law Enforcement" pay in the community and accrued leave for government as well as for the trap. I would like to sue for a remedy for my job and slandering from being faced with an assault as well as back pay and disrespect and being forced off my job and my government time being cut across /disrespect and because of having a job; Therefore, I would like to sue for being harassed by out of town applicants and for my education being cut across here in the District; Due to attending universities here in the area as well as job fairs; from receiving government time from occupation and receiving many assaults.

I will be filing an appeal to EEOC for assaults at my job and for Robin coming here to start trouble with me for already having government time and from her being in the same training with HR as well as humiliation for her receiving a GS-12 for my departure; I was employed as a Drug Surveillance Technician and Pretrial Services Officer at the Court Services and Offender Supervision Agency (Mr. Paul Quander, Director). Unfortunately, unfair occurrences on the job made me consider resignation; yet, before I officially could do such, "I was relieve of my job and duties" as Pretrial Services Officer and Drug Surveillance Technician at Court Services and Offender Supervision. Discrimination and harassment took place from my recognition and Community.

*Brother completed professional education with Long Island University and professional/college basketball and family member; as well as Law Enforcement and having education/teaching and other University's for kids and Teaching (Federal Teachers)...at K.C. Lewis Elementary School 1977-1984...etc..*

Note's

The following assaults and discrimination took place: I will be suing Tracy Campbell for 10.5 million dollars; Runoka Balou for religion and teaching and name slandering for me showing more in advancement due to my education and talent being seen at a earlier age at the age of eight and nine and community and teaching as well as because of my Mother/Howard - recognition at Mt. Sinai Baptist Church and brother completed education at Long Island University. For the reason of the discrimination of Runoka Balou Discrimination and name slandering took place at the school because of winning competitions and having a trophy at the age of eight/nine and at the school and because of me having more money ....at K.C. Lewis Elementary School 1978-1984.

For the reason of compliments of the school from 1978 to 1984 as well as compliments in other schools for having talent and trophy with an education and neat attire/creased clothing's/hair styles/expensive dresses/ nike's (different colors) / professional / mannerism / teaching/ organizations / cheerleading/flipping/community/and so forth. For the reason of me showing my talent at the school at the age of eight in dancing and flipping and cheerleading and community as well as teaching and from having a trophy and so forth; I understand that the lady was separating my position at the school, therefore I am suing for plagiarism because I won. The girl is not claiming my stuff because she did not sue me because I won. Kids were sneaked in the school without notice to claim my stuff because of winning. The work was already done and claim and community.

I will be suing for the following: Crystal Hemsley parents and drug addiction and trying to used my family stuff/slandering as well as my family teaching/ stuff and recognition –I will be suing for 8.5 million etc. It was notified that she was cheating, however, it was plagiarized because of me winning. The trophies were already given with me flipping and community and recognition for teacher...and cheerleading at the age of eight and trophy by showing my values; however I was much quicker than that girl to try to claim anything of mine, my goals are strongly revealed. For the following reasons of the discrimination of and the District of Columbia/Runoka Balou: Kids copied my stuff without notice because of me having more and because of me being in the school and from me having a trophy and because of winning. I would like to sue for being threatened off my job for having a job; racism and discrimination and from retaliated against/Government: However the girl did not complete cheerleading and she was lying and did fonny teaching. The girl age was lacking from having disabilities and from me dancing and being a cheerleader at the age of eight and nine and flipping. However the lady refused to inform me. The kids were not even smart and the lady was very rude to emphasis on negativities because of me winning /teaching. I will be suing the school for her addictions....and lying....etc.

**Runoka Balou** – However, I would like to sue due to my religion...and speaking about Howard University. ...negatively for protection because she didn't have money... She was trying to convince the school of me bashing because of my trophies and winning and parties for community/school. However, it was not recognized for her to fight me and claim to fight for me on the team... from her lying and claiming other people's work to be at the school for resources.... and so forth. The girl showed discrimination because of her not being at the school from the beginning and neither winning nor she was able to cheer at the age of eight and because

she had disabilities and body odors/smells and she was copying my gymnastics. However it was a threat towards my *MOTHER;* however, the girl showed racism for lying and she disrespected my religion and she was a Muslim and she was telling somebody to actually stop celebrating cheerleading because I won; Having a trophy proves Cheerleading for the school more than just cheering for one block. It was very disgusting for her to have low class and spreading information around wrongfully for announcing sleeping around as a student (elementary school student) under Howard to participate to get ahead in elementary school, which showed disrespectful teaching of the school towards kids for cheering as well as name calling ......... and addiction families... and ganging up on families. ........ ... She was claiming teachers credit in the school because she was copying my work for religion reasons to stay at the school and from me having recognition. My attention span was much quicker than hers and better; she had many addictions (family) and did a lot of name slandering to try to fight me for my stuff. However the lady didn't rectify it from the girl being a troublemaker and not winning. However, she did not win nor did she claim my stuff to compete to fight kids because it was already claim and done by myself because I had more money. The lady did false reporting and information gathering based off of biases which was hearsay so I would like to sue for winning and having a trophy as well as community at the age of eight with flipping and dancing and cheerleading at the age of nine including teaching. The lady did short-term employment at the school and passed out trophies that were illegal which demonstrated on harassment. Because she blamed kids for the girl abuse because I raised the issues in 1981 for huge trophies from attending the school;

**Carisa Allen** – HARASSMENT/DISCRIMINATION: The girl had to many difficulties to talk about cheerleading. The girl had many drug abilities and family addictions to claim other kids belongings to cheer.... negativities teaching for fighting and not winning, etc. The girl was bashing kids because she wasn't picked for cheerleading and the trophies were given for not competing and using other people information for speech, teaching, and education; and she had dysfunctions and did not complete grade levels and copied my stuff for the school without competitions – as well as, expensive dresses, creased clothing's and hair styles (compliments of teachers 1976) from cheerleading and Nike's (different colors) and so forth at KC Lewis Elementary School; She was interfering with kids to perform because she was not picked. The girl was trying to fight kids and she was trying to pursue they dreams. The girl was wrongfully interpreting everything because of me winning to claim my stuff because of me being in the school. The girl was not professional and she did not win. The girl was claiming to many students work to be ahead in the school. In education, I was way more advanced than she was. The girl had many complications when she got to the school and she was known to claim kids belongings at the school. It was known that she used the cheerleading from me to fight kids with more money to claim they stuff because I had more money and she didn't compete. She couldn't win cheerleading because it was already done and claim. My attention span was much quicker than hers and better; she had many addictions and did a lot of slandering to fight and to be recognized for my stuff 1977-1984; K.C. Lewis Elementary School (1987) was known to speak on jealousy among the students (1987) at the school because the kids (1987) didn't have more money. The girl was unable; the trophies were given so she was not supposed to claim my stuff. She did not compete so I would like to sue for her using my work, the community work were already given credit. She was fighting kids to win because she couldn't compete because I had more money. She aggravates kids with money because she doesn't have any. The girl did excessive cheating; She was slandering my name in education because she could not afford any.... Including the poor cheating and lying to used my values because she was not known in cheerleading; and she was not known for having more money; she was cheating and copying from not being picked to cheer because of my money which was more than hers and cheerleading from flipping and community and doing majorettes/ groups / organizations/ affiliations /and so forth. Extra trophies were passed out because she couldn't compete in the school; because she couldn't win and the trophies were

already given; However, I won because she couldn't compete because she did not have a trophy, the trophy was already given. The girl is not claiming my stuff; she did not compete and was known for copying and for cheerleading because I won. I would like to sue Carisa Allen and Relative (2000) from coming to my job making comments about me being all that from receiving threats from cheerleading; competent was in the area (late July 2005) to look for problems and start trouble and from attending school in the Shaw area and community; She looked at me to win and she did not win nor compete in running to become a teacher /community /cheerleader /popularity /basketball /organizations/ majorettes/twirling paton/fashon shows/flips/girl scouts/junior usher board/ choir /bible school /traveling /reading celebrities/tutoring sections/recreation/clubs /karate /computers /taking pictures and awards…However the lady lied about the awards; and the girl mother was never there to participate…etc…band/playing concerts/plays in school…etc. awards/trophies… and more money for the "helping profession", etc. I will be suing for requesting huge trophies in 1981 for my talent and attending the school.

**Crystal Hemsley** HARASSMENT /DISCRIMINATION: The girl needs some help for lying and I will be suing. The girl was dulging in free lying/claiming other people work; she was not suppose to leave the school with somebody else is stuff. Tracy Campbell lied. The girl did not win nor did she sue because I had more money. She was not suppose to used nobody else's work. I would be suing for name slandering. Tracy Campbell will passed out trophies for kids to have protection from me showing advancement in the school and education because it was mine from dancing at the age of eight and more; She was passing out trophies because of me winning and flipping and community from the school to build up against me for kids to claim my stuff and to have a trophy for me cheerleading at the age of nine. The girl was participating in name slandering for cheerleading because of kids having talent as well as more money. The coach didn't want to give me extra trophy because of me winning and cheerleading because the girl fighting to keep up because the girl couldn't win. My family won in teaching and college and education and having a trophy as well as organizations and community/teaching. She didn't win straight out because I won for using my information. So he tried to stop me from winning and kids because of me being all that…. and my mother being at the school. My cheerleading was copied and trophies were given for my work for winning competitions and flipping. The Jordan's were the only family in the school to pursue college and education and trophies and teacher/community /my smile/ church/ band/ trophies /70's / degrees / majorettes / flipping /cheerleadering /basketball/ and so forth. However, it was plagiarized because of me winning. The girl was aware of accepting trophies and briaries and used it for her advantage to fight kids because of her not winning…The girl trophy was indicating briary for me requesting it with my talent from 1981 and she was unaware of accepting the trophy because she didn't have none; the girl was known to see the lady sue kids with money and she had disables with cheering and teaching and cheerleading. The girl had many addictions and parents drug abuse, she were coping my cheerleading and clothing's to get kids to fight me because she couldn't do nothing that I was able to do from me performing/cheerleading at the age of eight and nine and receiving a trophy and community and basketball. My attention span was much better for competitions and winning and education and teaching and speech and school from 1977-1984. However, she did not compete out in the open or in the school; she was known for claiming other people's work at the school. –So that means she did not claiming other people work. However, she did it at twelve and I did it the eight for cheerleading in the school. She had many addictions and the girl did a lot of name slandering to fight and to be recognized for my stuff; however she only emphasis on fighting, which didn't have nothing to do with me winning because of her not flipping in competitions and making the team; my attention span was much quicker than hers and better; from winning competitions and flipping in the community/school and dancing and performing. However, the competent was not speaking on fighting because she did not do her competition out in the open. However, the girl used the word to fight incorrectly and combining with cheerleading

to perform and wanting a trophy because she did not win. However, the girl went to Shaw Jr. High School and talked against kids to perform as majorettes because of me winning competitions at the age of eight; She didn't cheer and she was not suppose to be able to sit on the cheerleading team for a year and spread gossip with kids that didn't know nothing about me because of me winning because she wasn't picked for cheerleadering. Therefore I would like to sue for me having a trophy and being unaware of kids fighting for me at the school to receive my credit. The kids had never emphasis to me on winning for me being at he school 1983. She had spread the information out after cheering wrongfully which was incomplete for the students to provide for the school; The girl was fighting professional kids because she was not picked to performed…1977-1984….the work was already done and claimed. She looked at me to win and she did not win nor compete in running to become a teacher /community /cheerleader /popularity /basketball /organizations/ majorettes/twirling paton/fashon /shows/ /flips/girl scouts/junior usher board/ choir /bible school /traveling /reading/ celebrities /tutoring sections/recreation/clubs /karate /computers /taking pictures and awards…. speech…etc. The kids had never emphasis to me on winning for me being at the school. However the lady lied about the awards; and the girl mother was never there to participate. ………etc. …….band/playing concerts/plays in school…etc. awards/trophies… and more money for the "helping profession", etc. So, I would like to sue her for claiming to beat me without winning and name slandering because I won for - being all that. The girl will never claim my stuff. I will be suing for winning and being announced for having a trophy and winning and organizations and for her speaking against me requesting trophies/school "1976-1984" because of me winning from being all that…due to the coach not giving me a trophy because I had more money and for harassment from being at the school for cheerleading and teaching/ community..community…etc…teaching.

I will be suing from receiving negativities because of winning competitions. The Coach, John Nickens son were mentally retarded; however, he made statements against "saying my father was not all that" due to me showing more in the school because I won. The girl took briaries to fight to claim my stuff in the school for playing basketball and not winning competitions/ flipping/community /cheerleading and having more. The Jordan's were the only family in the school to pursue college and education and trophies/with arithmetic's and neat attire and expensive dressing/majorettes/swirling patons/teacher/community/church/band/trophies/70's/ degrees/flipping/cheerleading/basketball/and so forth in the area…as well as having Teacher relatives in the Shaw area; and because of me winning competitions /teaching /dancing/ cheerleading etc…and so forth. I would like to sue for being faced with threats here in the area from having a trophy at the age of eight and winning competitions and community. However the girl did not cheer and she was lying and did fonny teaching for harassment because of her age was lacking from having disabilities and from me dancing and being a cheerleader at the age of eight and nine; The girl was twelve and Tracy Campbell lied about the awards when she gave the girl a trophy at the age of twelve because of the girl doing unnecessary lying and cheating for having problems and drug issues at the school; She was not suppose to be claiming anything of nobodies to be at the school and trophies; So I would like to sue her for racism and for her doing name-calling because I had a trophy for winning and having more money. Tracy Campbell should have used her daughter (Dominique) for kids to get jealous of and fight for being at the school and having more. I would like to sue her for discrimination from flipping and dancing at the age of eight and nine from her coping and because of me having a trophy, however, it was very low class for anybody to fight me from being at the school from me having more money. I will be suing for the assault and retaliation and employment.

**Sharron Lanham** – RACISM AND SLANDERING: I would like to sue her for name-calling and for her having drug addictions/parents and families and being kept back in the school and fighting kids from competing because of her disabilities and noticeable stealing from kids. I was

more advance than her in the school as well as from flipping in cheerleading/speech/teaching and community and being at the school. She starts a lot of trouble and does a lot of instigating from picking with kids that have more money. She was speaking very negatively against me because of me winning and being a better at dancing at the age of eight and cheerleading /speech /teaching /community and so forth; However, it was very insulting for her to say anything to me because of me winning; my attention span was much quicker than hers; She was not picked for cheerleading and she did not competed and she was instigating and starting rumors because she was left behind; She spread many of rumors because she did not perform like other kids and she did not have any money to perform in the school/performances in the school and she could not catch up. Her speech was very poor for translating and reporting poor messages and receiving wrong messages; this girl was not able to do nothing I was able to do because of she not winning. She was lying to claim anything.

