

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**RECEIVED IN OGC**

CONSUELO JORDAN
Vs.
DEMOND TIGGS

C.A. No.    2005 CA 006341 B    8/12/05

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge JOHN M CAMPBELL
AUGUST 10, 2005
Initial Conference: 9:30 am, Friday, September 02, 2005
Location:  Courtroom 517
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

Caio.doc



**Court Services and Offen Supervision Agency
for the District of Columbia**

*Office of the General Counsel*

August 15, 2005

VIA HAND DELIVERY

R. Craig Lawrence, Esq.
Acting Chief, Civil Division
United States Attorney's Office
555 4th Street, N.W.
Room E-4214
Washington, D.C. 20001

    Re:    *Consuelo Jordan v. Pretrial Services Agency and Demond Tigs*
              C.A. No. 2005 CA 006341 B
              J. John M. Campbell

Dear Mr. Lawrence:

       Please find enclosed a Summons, Complaint, and Initial Order in the above-captioned action. We are seeking representation by your office on behalf of the D.C. Pretrial Services Agency, an independent entity within the Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA").

       Plaintiff is a former employee of the D.C. Pretrial Services Agency, having been terminated in 2001. On July 29, 2005, we referred another action to your office filed against the director of CSOSA by Ms. Jordan. Although it is difficult to discern Ms. Jordan's claims, the instant action appears to be separate and distinct from the earlier one.

       Please note that there is an Initial Conference scheduled for September 2, 2005 in the above-captioned action. In addition, because the action involves a federal agency, it should be removed to the U.S. District Court for the District of Columbia.

05 1706

**FILED**

AUG 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*633 Indiana Avenue, NW, Suite 1224, Washington, DC 20004-2902*
*Voice: (202) 220-5355  Fax: (202) 220-5350*

      The attorney assigned to this case is Lisa V. Terry, who can be reached at (202) 220-5354.

                Sincerely,

                Barbara J. Matthews-Beck
                Acting General Counsel


Enclosure

Cc:  Donald Brady, Pretrial Services Agency

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Consuelo Jordan_
Plaintiff

v.                                Civil Action No.   05 1706

_Pretrial Srvcs. Agency_                              AUG 26 2005
Defendant

    The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge URBINA, J. RMU. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

    Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

    Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: Consuelo Jordan

929A
Rev. 7/02

CA Form 1

## Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

_____ *Plaintiff*

vs.                                                                         Civil Action No. 05-0006341

_____ *Defendant*

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

|  |  |
|---|---|
| _____ | Clerk of the Court |
| Name of Plaintiff's Attorney |  |
| _____ | By _____ |
| Address | Deputy Clerk |
| _____ |  |
| _____ | Date _____ |
| Telephone |  |

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.