SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CONSUELO JORDAN<br>2227 1ST Street, N.W.<br>Washington, D.C. 20001<br><br>Plaintiff,<br><br>v.<br><br>PRETRIAL SERVICES AGENCY<br>DEMOND TIGGS<br>633 Indiana Avenue, N.W.<br>Washington, D.C. 20001<br><br>Defendant. | Civil Action No. 05-0006341 |

## NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

TO:   Consuelo Jordan
      2227 1st Street, N.W.
      Washington, D.C. 20001

PLEASE TAKE NOTE that on August 26, 2005, the United States filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446. Accordingly, the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

August 26, 2005                              Respectfully Submitted,

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

*/s/ R. Craig Lawrence*
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

*/s/ Beverly M. Russell*
BEVERLY M. RUSSELL, D.C. BAR # 454357
Assistant United States Attorney
555 4th Street, N.W., Room E4915
Washington, D.C. 20530
(202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2005, I caused copies of the foregoing Notice of Removal and Notice of Filing Notice of Removal of a Civil Action to be serviced upon plaintiff via first class mail, postage prepaid:

> Consuelo Jordan
> 2227 1ST Street, N.W.
> Washington, D.C. 20001

_____
BEVERLY M. RUSSELL
Assistant United States Attorney