UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUELO JORDAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1706(RMU) |
| ) | |
| DEMOND TIGGS, ) | |
| PRETRIAL SERVICES AGENCY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Demond Tiggs, District of Columbia Pretrial Services Agency[1], moves for an enlargement of time up to and including October 11, 2005 to answer, move or otherwise respond to plaintiff's complaint. This matter was removed from the Superior Court of the District of Columbia on August 26, 2005. Rule 81 of the Federal Rules requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within 5 days after the filing of the petition for removal, whichever is longer. Consistent with this provision, defendant's response is due Tuesday, September 6, 2005. Defendant requests that it be granted an

---

[1] The District of Columbia Pretrial Services Agency is an independent entity within the Court Services and Offender Supervision Agency for the District of Columbia, a federal agency.

extension to October 11, 2005 to respond to plaintiff's complaint.[2] The requested enlargement of time is consistent with the 60 day period that the United States, its agencies and employees, are provided to respond to complaints under Fed. R. Civ. P. 12(a)(3). Defendant's counsel is requesting the additional time to become familiar with the issues and interested parties connected with the case.[3]

WHEREFORE, based on the foregoing, defendant respectfully requests that his time for answering or otherwise responding to the plaintiff's complaint be enlarged up to and including October 11, 2005.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /bmr

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

---

[2] In filing this motion, defendant notes that it does not waive any defenses that can be raised pursuant to Rule 12(b) or otherwise, including immunity from suit or defenses related to service.

[3] Pursuant to Local Rule 7(m), defendant's counsel telephoned the pro se plaintiff to discuss this motion but was unable to reach her. Accordingly, defendant is unable to present plaintiff's position on the relief requested herein.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of <u>Defendant's Motion for Enlargement of Time</u> was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>2nd</u> day of September, 2005 to:

Consuelo Jordan
2227 First Street, NW
Washington, DC 20001

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney