UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUELA JORDAN,            )<br>                                            )<br>        Plaintiff              )<br>                                            )<br>        v.                         )<br>                                            ) Civil Action No. 05-1706(RMU)<br>DEMOND TIGGS,             )<br>PRETRIAL SERVICES AGENCY, et al.,    )<br>                                            )<br>        Defendants.          )<br>_____) | |

ORDER

UPON CONSIDERATION of Defendant Demond Tiggs' Motion For A More Definite Statement, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2005 hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that, within thirty days of the date of this Order, Plaintiff shall file a statement which completely describes the claims that she seeks to litigate in this action solely against her former employer, the Pretrial Services Agency; and it is

FURTHER ORDERED that Defendant shall file a response to the Complaint in this action within 30 days of receiving Plaintiff's more definite statement.

_____
UNITED STATES DISTRICT JUDGE

copies to :
Consuela Jordan
2227 First Street, N.W.
Washington, D.C.  20001

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530